# United States District Court
## District of Massachusetts

|  |  |  |
|---|---|---|
| DARRON BOURQUE | ) | |
| Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| FRANKLIN CTY. SHERIFF | ) | |
| Defendant | ) | Civil Action No.  04-30242-KPN |

Having considered the application to proceed without prepayment of fees under

28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒    The clerk is directed to file the complaint.

    ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United
States marshal serve a copy of the complaint, summons and this order
upon the defendant(s) as directed by the plaintiff.  All costs of service shall
be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on 12/8/04____.

                                           /s/ Kenneth P. Neiman_____
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge