UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARREN BOURQUE,           )
        Plaintiff   )
                          )
                          )
    v.                )   Civil Action No. 04-30242-KPN
                          )
FRANKLIN COUNTY, et al.,  )
        Defendants  )

ORDER OF DISMISSAL
April 28, 2005

NEIMAN, U.S.M.J.

     The complaint in the above-entitled action was filed on December 8, 2004. As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

     Accordingly, it is hereby ORDERED that, pursuant to Local Rule 4.1(b), the above-entitled action is dismissed without prejudice for failure to timely file proof of service.

By the Court,

/s/ Bethaney A. Healy
Deputy Clerk